IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 09-cr-00387-PAB-1

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  CEDRIC LIPSEY,

     Defendant.

_____

## ORDER SETTING TRIAL DATES AND DEADLINES
_____

This matter has been scheduled for a 12-day jury trial on the docket of Judge

Philip A. Brimmer in the U.S. District Courthouse, Courtroom A701, 7th Floor, 901 19th

Street, Denver, Colorado, to commence on **November 2, 2009 at 8:00 a.m.**  It is

ORDERED that all pretrial motions shall be filed by **September 29, 2009** and

responses to these motions shall be filed by **October 6, 2009.**  It is further

ORDERED that a Trial Preparation Conference is set for **October 30, 2009 at**

**10:00 a.m.** in Courtroom A701.  Lead counsel who will try the case shall attend in

person.

The parties shall be prepared to address the following issues at the Trial

Preparation Conference:

    1)     jury selection;

    2)     sequestration of witnesses;

    3)     timing of presentation of witnesses and evidence;

4)      anticipated evidentiary issues;

5)      any stipulations as to fact or law; and

6)      any other issue affecting the duration or course of the trial.


DATED September 8, 2009.

BY THE COURT:


s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge