IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00387-PAB-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  CEDRIC LIPSEY,

      Defendant.
_____

### MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

      It is ORDERED that sentencing is continued to **September 6, 2011 at 1:30 p.m.** in Courtroom A701 before Judge Philip A. Brimmer.  It is further

      ORDERED that the parties shall submit the briefs ordered by the Court at the hearing on June 30, 2011 as follows: the government's brief shall be due **August 8, 2011;** defendant's brief shall be due **August 22, 2011**, such briefs not to exceed five pages.

      DATED July 7, 2010.